IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ruth Jones | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Civil Action No. 07-cv-00557 |
| Alliance One Receivables Management | ) |
| | ) **STIPULATION OF DISMISSAL** |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

September 13, 2007                     Respectfully Submitted,

By:   /s/Jeffrey L. Suher
Jeffrey L. Suher, Esquire
4328 Old William Penn Highway
Suite 2J
Monroeville, PA 15146
412-374-9005
412-374-0799 (fax)
lawfirm@jeffcanhelp.com
Counsel for Plaintiff


Andrew M. Schwartz.
Marshall, Dennehey, Warner, Coleman, & Goggin
1845 Walnut Street
Philadelphia, PA 19103
215-575-2600
AMSchwartz@mdweg.com
Counsel for Defendants

AND NOW, this 14th day of September, 20 07,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1